DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL GUADALUPE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2207

[March 11, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502014CF012921.

Daniel Guadalupe, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***